UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

COZETTA MASON

Debtor(s)

Case No. 12-01419

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2012.

2) The plan was confirmed on 04/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/16/2013.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,925.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,368.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,368.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,221.93 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $185.77 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,407.70

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BLACKHAWK FINANCE INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Secured | 4,750.00 | NA | NA | 0.00 | 0.00 |
| BUICK CASTLE | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,650.00 | 2,006.23 | 2,006.23 | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 584.00 | 630.03 | 630.03 | 0.00 | 0.00 |
| CORUS STUDENT LOAN CENTER | Unsecured | 3,144.00 | NA | NA | 0.00 | 0.00 |
| CORUS STUDENT LOAN CENTER | Unsecured | 1,854.00 | NA | NA | 0.00 | 0.00 |
| CORUS STUDENT LOAN CENTER | Unsecured | 3,012.00 | NA | NA | 0.00 | 0.00 |
| CORUS STUDENT LOAN CENTER | Unsecured | 2,474.00 | NA | NA | 0.00 | 0.00 |
| DG REALTY GROUP LLC | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 995.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SVCS | Unsecured | NA | 689.90 | 689.90 | 0.00 | 0.00 |
| IDAPP | Unsecured | 3,936.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 5,513.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 3,563.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 5,513.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 3,563.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 5,513.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 3,563.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,800.00 | 16,511.22 | 16,511.22 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 8,236.00 | 3,757.42 | 3,757.42 | 0.00 | 0.00 |
| ISAC | Unsecured | 6,093.00 | 53,530.39 | 53,530.39 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 600.00 | 250.23 | 250.23 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 381.65 | 381.65 | 0.00 | 0.00 |
| LOAN EXPRESS CO | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL INC | Unsecured | 1,365.00 | 1,625.82 | 1,625.82 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CREDIT SYSTEMS | Unsecured | 560.00 | 560.25 | 560.25 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK PLACE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE INC | Secured | 331.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE INC | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J SEMRAD & ASSOC LLC | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 5,000.00 | 17,188.50 | 17,188.50 | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 1,880.00 | 5,830.00 | 5,830.00 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| UNITED ACCEPTANCE | Secured | 2,887.00 | 3,285.08 | 3,000.00 | 869.01 | 91.29 |
| UNITED ACCEPTANCE | Unsecured | 113.00 | 0.00 | 285.08 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 554.56 | 554.56 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 332.04 | 332.04 | 0.00 | 0.00 |
| VILLAGE OF MT PROSPECT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PALATINE POLICE DEP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| XPRESS STUDENT LOAN | Unsecured | 2,948.00 | NA | NA | 0.00 | 0.00 |
| XPRESS STUDENT LOAN | Unsecured | 2,477.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,000.00 | $869.01 | $91.29 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,000.00** | **$869.01** | **$91.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,511.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$16,511.22** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$87,622.10** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,407.70 |
| Disbursements to Creditors | $960.30 |
| **TOTAL DISBURSEMENTS** : | **$4,368.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2013                            By: /s/ Tom Vaughn
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**